# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 05, 2015

Mr. Larry DeWayne Eastepp
5300 Memorial Drive
Suite 1000
Houston, TX 77007-0000

Mr. David Keith Isaak
Isaak Law Firm
1001 Texas Avenue
Houston, TX 77002

    No. 14-41450    USA v. Eugenio Pedraza
                            USDC No. 1:13-CR-305-1

Dear Counsel,

The district court advises the judgment and commitment order was entered on February 25, 2015. Your appeal can now continue in this court.

Please comply with the enclosed instructions within 15 days. Please **ELECTRONICALLY** file your transcript order with this Court within fifteen (15) days from this date, or, by not later than March 20, 2015. Failure to do so will result in dismissal of your appeal.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: *Dawn Shulin*
                                        Dawn M. Shulin, Deputy Clerk
                                        504-310-7658

cc:  Ms. Renata Ann Gowie