IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

    *Plaintiff-Appellee*,

v.

No. 14-41450

EUGENIO PEDRAZA,

    *Defendant-Appellant*.

---

**GOVERNMENT'S UNOPPOSED MOTION FOR
AN EXTENSION OF TIME TO FILE ITS BRIEF**

Pursuant to Fifth Circuit Rule 31.4, the United States respectfully requests a 30-day extension of time to file its brief, to and including July 29, 2015.

1. Following a jury trial, appellant was convicted of conspiracy to falsify records with the intent to impede, obstruct, and influence the investigation and administration of justice of a matter within the jurisdiction of the Department of Homeland Security's Office of the Inspector General, in violation of 18 U.S.C. §§ 371 and 1519, and five substantive counts of violating 18 U.S.C. § 1519. On appeal, appellant claims that the district court erred by excluding a report by a Department of Homeland Security supervisor that allegedly cleared appellant of

wrongdoing; that the district court should have dismissed four counts of the indictment because Section 1519 did not apply to the alleged conduct; and that the evidence on two of the counts was insufficient. Undersigned counsel did not represent the United States in the district court and had no familiarity with the case before being assigned to draft the government's brief.

2. The undersigned has exercised and will continue to exercise diligence with respect to this appeal. A 30-day extension is necessary, however, due to the undersigned's other responsibilities. Those responsibilities include two briefs in opposition to petitions for writs of certiorari in *Taylor v. United States*, No. 14-6166, and *Erwin v. United States*, No. 14-1306. Both briefs involve complex issues and require coordinating with the U.S. Attorney's offices and the litigating sections in the Criminal Division. In addition, the undersigned is responsible for the preparation of several memoranda to the Solicitor General concerning whether to appeal decisions adverse to the government.

3. On June 10, 2015, the undersigned filed a motion in this Court to view sealed documents that are part of the record on appeal. According to the table of contents to the record on appeal, there are five volumes of sealed documents containing a total of 1,410 pages, and the government has requested that the Court provide the government with an electronic copy of those documents. The

30-day extension is therefore also necessary to receive and review the sealed documents.

4. Counsel for appellant has stated that he has no objection to a 30-day extension from the current filing deadline.

Wherefore, the government respectfully requests that the Court grant this motion for a 30-day extension of time, to and including July 29, 2015, to file the government's brief.

                                                Respectfully submitted,

                                                /s/ Kirby A. Heller
                                                KIRBY A. HELLER
                                                 Attorney
                                                 Criminal Division, Appellate Section
                                                 U.S. Department of Justice
                                                 950 Pennsylvania Ave., N.W.
                                                 Room 1264
                                                 Washington, D.C. 20530
                                                 (202) 307-0085
                                                 kirby.heller@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2015, I served the foregoing motion by electronic filing with the Fifth Circuit CM/ECF system on appellant's counsel, David Isaak.

<u>/s/ Kirby A. Heller</u>
KIRBY A. HELLER
Attorney
Criminal Division, Appellate Section
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 1264
Washington, D.C. 20530
(202) 307-0085
kirby.heller@usdoj.gov
