IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-41450
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

EUGENIO PEDRAZA,

    Defendant - Appellant

_____

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

_____

O R D E R:

    IT IS ORDERED that appellee's unopposed motion to view and for the release of all sealed documents in the record on appeal is GRANTED.

_____
STEPHEN A. HIGGINSON
UNITED STATES CIRCUIT JUDGE