# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 16, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-41450    USA v. Eugenio Pedraza
                        USDC No. 1:13-CR-305-1

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Nancy F. Dolly, Deputy Clerk
                              504-310-7683

Mr. David J. Bradley
Mr. Larry DeWayne Eastepp
Ms. Renata Ann Gowie
Ms. Kirby A. Heller
Mr. David Keith Isaak

P.S. To Ms. Heller: You can obtain the sealed record from the District Court. The sealed material is for your review **ONLY**. This material should be maintained in your office under seal and returned to the District Court in the same sealed envelope as soon as it has served your purpose.